United States District Court
Southern District of Texas
ENTERED
JUL 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 24 1998
Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN VALLEJO GARCIA | § | |
| | § | CIVIL ACTION NO. B-97-022 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-303-01 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 15, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 24 day of July 1998.

_____
Hilda G. Tagle
United States District Judge